*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
TANG, J. STEPHENS, and GERRITY,
Appellate Military Judges

———————————————

**UNITED STATES**
Appellee

**v.**

**Timmothy E. RAMSEY**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201900149**

Decided: 31 October 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Sentence adjudged 12 February 2019 by a special court-martial convened at Marine Corps Base Quantico, Virginia, consisting of a military judge sitting alone. Military Judge: Commander Ryan Stormer, JAGC, USN. Sentence approved by the convening authority: reduction to E-1, confinement for 180 days, and a bad-conduct discharge.

For Appellant: Lieutenant Commander Kevin R. Larson, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

———————————————

**This opinion does not serve as binding precedent, but may be cited as persuasive authority under NMCCA Rule of Appellate Procedure 30.2.**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court